1  Kevin D. Sullivan (SBN 270343)
2  David M. Prager (SBN 274796)
   EPSTEIN BECKER & GREEN, P.C.
3  1925 Century Park East, Suite 500
   Los Angeles, CA 90067
4  Telephone: 310.557.9576
   Facsimile:  310.943.2162
5  ksullivan@ebglaw.com
6  dprager@ebglaw.com
   Attorneys for Defendant
7  HI-TECH PHARMACEUTICALS, INC.
8

9              **UNITED STATE DISTRICT COURT**
10          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
11

12 | ALLISON OTTESEN, et al., | CASE NO. 4:19-cv-07271-DMR |
13 | Plaintiff, | [CLASS ACTION] |
14 | v. | **STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT** |
15 | HI-TECH PHARMACEUTICALS, INC., | |
16 | Defendants. | |

- 1 -
STIPULATION TO EXTEND DEFENDANT'S
TIME TO RESPOND TO COMPLAINT

1  WHEREAS, Plaintiffs Allison Ottesen, Sean Allen, and Lauren Accardi (collectively, "Plaintiffs") filed their Complaint on November 4, 2019;

WHEREAS, Plaintiffs served their Complaint on Defendant Hi-Tech Pharmaceuticals, Inc. ("Defendant"), on November 7, 2019;

WHEREAS, absent an order or agreement otherwise, Defendant's response to the Complaint is due to be filed no later than November 29, 2019;

WHEREAS, counsel for Defendant sought and obtained the consent of Plaintiffs' attorneys for an extension of the time to respond to the Complaint to Monday, December 30, 2019;

NOW IT IS SO STIPULATED by and between the parties that:

1. Defendant's response to the Complaint shall be filed no later than December 30, 2019.

DATED:   November 20, 2019          EPSTEIN BECKER & GREEN, P.C.

                                    By:  /s/ Kevin D. Sullivan
                                         Kevin D. Sullivan
                                         David M. Prager
                                         Attorneys for Defendant
                                         HI-TECH PHARMACEUTICALS, INC.


DATED:   November 20, 2019          BURSOR & FISHER, P.A.

                                    By:  /s/ L. Timothy Fisher[1]
                                         Yitz Kopel
                                         Attorneys for Plaintiffs
                                         ALLISON OTTESEN, SEAN ALLEN, and
                                         LAUREN ACCARDI

---

[1] The electronic filer hereby attests that L. Timothy Fisher, on whose behalf this filing is jointly submitted, has concurred in this filing's content and has authorized the electronic filer to file this document.