UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLISON OTTESEN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>HI-TECH PHARMACEUTICALS, INC.,<br><br>    Defendant. | Case No. 19-cv-07271-JST<br><br>**ORDER CONTINUING STAY AND ADMINISTRATIVELY CLOSING CASE** |

The Court has stayed this action pending a final determination by the FDA regarding the classification of DMHA.  ECF No. 56.  The Court discussed with the parties at yesterday's case management conference whether the stay should be lifted.  For the reasons stated in the Court's prior order, the Court will continue the stay and will not dismiss the case.

The Clerk shall administratively close the file.  This order shall not be considered a dismissal or disposition of this action against any party.  If further proceedings become necessary, any party may initiate them in the same manner as if this order had not been entered.

**IT IS SO ORDERED.**

Dated: October 6, 2021

_____
JON S. TIGAR
United States District Judge